UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.  Criminal No. 2:14-cr-20559

Honorable George Caram Steeh

TAKASHI TOYOKUNI,

       Defendant.
_____/

## MOTION TO DISMISS ARREST WARRANT

(Electronically Filed)

The United States of America moves to dismiss the arrest warrant that was issued for Defendant Takashi Toyokuni on September 18, 2014. Defendant Toyokuni is currently out of the country but is willing to travel to the United States to plead guilty to the charged offense. Accordingly, the United States requests an order dismissing the arrest warrant to allow Defendant Toyokuni to travel to this jurisdiction.

                      Respectfully submitted,

        By:    s/Mark Grundvig
                  Trial Attorney
                  United States Department of Justice
                  Washington Criminal 1
                  Antitrust Division
                  450 5th St. NW
                  Washington, DC 20530-0001
                  Tel: (202) 305-1878
                  Fax: (202) 514-6525
                  mark.grundvig@usdoj.gov

## **CERTIFICATE OF SERVICE**

On January 14, 2015, I electronically filed this document through the ECF system and notified Counsel for Defendant Toyokuni via email.

s/Mark Grundvig
Trial Attorney
United States Department of Justice
Washington Criminal 1
Antitrust Division
450 5th St. NW
Washington, DC 20530-0001
Tel: (202) 305-1878
Fax: (202) 514-6525
mark.grundvig@usdoj.gov
